UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
C.H ROBINSON WORLDWIDE, INC.,

        Plaintiff,

v.

CKF PRODUCE CORP., et al,

        Defendants.
----------------------------------------------------------------X

JUDGMENT
19 CV 5403 (DLI)(CLP)

      An Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on October 21, 2020, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated September 28, 2020, granting Plaintiff's motion for default judgment; denying its request for injunctive relief; directing the Clerk of Court to enter judgment for Plaintiff against Defendants CKF Produce Corp. and Koji Ueno, jointly and severally, for the total amount of $39,325.56 representing: (1) the sums owed under the invoices in the amount of $28,564.00; (2) prejudgment interest through the date of the R&R's issuance in the amount of $10,361.56; and (3) $400 in costs; also awarding Plaintiff prejudgment interest accrued from September 28, 2020 through the date of this Order on the sums owed under the invoices, which shall be calculated by the Clerk of the Court using an 18% annual interest rate; and the Clerk of Court having calculated the prejudgment interest at the rate set above, and the prejudgment interest being $323.98; it is

      ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted; that its request for injunctive relief is denied; that judgment is hereby entered in favor of Plaintiff against Defendants CKF Produce Corp. and Koji Ueno, jointly and severally, for the total amount of $39,649.54; and that if plaintiff wishes to pursue its request for attorney's fees and additional costs, plaintiff must submit supplemental documentation that itemizes and specifies

the tasks counsel performed, the corresponding time spent on each task, as well as a description of each cost incurred in the matter, by NO LATER THAN NOVEMBER 2, 2020.

Dated: Brooklyn, New York  
       October 22, 2020

Douglas C. Palmer  
Clerk of Court

By:   */s/Jalitza Poveda*  
      Deputy Clerk